ACCEPTED
06-15-00051-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2015 3:45:05 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00051-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2015 3:45:05 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS

## TEXARKANA, TEXAS

### MARY FLENTGE MCAULEY, WILLIE O. FLENTGE, JR., and CHARLES RAY FLENTGE
*Appellants/Cross-Appellees*

*v.*

### CARL DEAN FLENTGE, INDEPENDENT EXECUTOR OF THE ESTATE OF LAVERNA FLENTGE, CARL DEAN FLENTGE, DAVID FLENTGE and DANIEL JUNEK, INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIE OTTO FLENTGE, SR., INDIVIDUALLY , and as SHAREHOLDERS and on behalf of W.L. RANCH, INC.
*Appellees/Cross-Appellants.*

### Appeal from Final Judgment in Cause No. 26, 704, 21st Judicial District of Burleson County, Texas Hon. Carson Campbell, Presiding

### APPELLANTS' AGREED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellants, Mary Flentge McAuley, Willie O. Flentge, Jr. ask the Court to extend the time to file the Appellants Brief.

## A. INTRODUCTION

1.    Appellants are Mary Flentge McAuley, Willie O. Flentge, Jr. and Charles Ray Flentge. Cross Appellants are Carl Dean Flentge, Independent Executor of the Estate of LaVerna Flentge, Carl Dean Flentge, David Flentge, and Daniel Junek, Independent Executor of the Estate of Willie Otto Flentge, Sr., Individually, and as Shareholders and on behalf of W.L. Ranch, Inc.

2.    There is no specific deadline to file this motion to extend time. *Tex.R.App.P.* 38.6(d)

3.    The parties have agreed to this extension.

## B. ARGUMENT & AUTHORITIES

4.    The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend time to file Appellant's Brief.

5.    Appellants' Brief was due on December 2, 2015.

6.    This is the second request for extension filed by Appellants. On November 2, 2015 Appellants and Cross-Appellants filed a joint motion for extension of time to file their respective briefs. This motion was granted and the time for filing was extended until December 2, 2015.

2

7. Appellants request an additional fourteen (14) days to file their Brief, extending the time to December 16, 2015.

8. Appellants need and request additional time to file their Brief because during the time leading up to the filing date of December 2, 2015, Appellants counsel was engaged in preparing for two trial settings. First, Appellants counsel was preparing for and was in trial in Cause No. 14-01-00799; Steelco Inc. v. Jacky Design Inc. and Redera LLC; In the 284th Judicial District Court of Montgomery County, Texas. That case was called to trial and Appellant's counsel was in active trial in that matter from November 30, 2015 until the jury returned a verdict on December 3, 2015. Additionally, Appellants counsel was set for trial on Cause No. 2013-12129; Global Engineering General Trading and Contracting Company v. Clock Spring Company, LP; In the 234th District Court of Harris County, Texas on December 7, 2015. That case settled on December 2, 2015 but Appellant's counsel was required to prepare the case for trial so as to be ready for trial on December 7, 2015.

9. Further, the court reporters transcript was not filed timely and contains eight (8) volumes, with over five (5) volumes of testimony which has required extensive summarizing. Additionally supplemental clerk's records had to be requested so that a complete clerk's record could be filed. These have now been filed belatedly.

3

10.    Appellant's counsel is a solo practitioner and has been required to prepare such matter without assistance.

## C. CONCLUSION

11.    Appellants request this Court extend the time to file Appelants' Brief Brief because of counsel's excessive workload involving other clients and the belated filing of the clerk's record and court reporters record in this cause.

## D. PRAYER

12.    For these reasons Appellants ask the Court to grant an extension of time to file their Appellants' Brief until December 16, 2015.

Respectfully submitted,

J. Steven Stewart
State Bar No. 19210500
The Law Office of J. Steven Stewart
5353 West Alabama, Suite 605
Houston, Texas 77056
Telephone:    (713) 977-3447
Facsimile:    (832) 201-9117
E-mail: jss@jstevenstewart.com
*Attorney for Appellants*

## CERTIFICATE OF CONFERENCE

The filing party under Rule 10.1(a)(5), Texas Rules of Appellant Procedure has conferred with Wayne Paris the attorney for Cross-Appellants and he has no objection to this request for an extension of time to file Appellants' Brief until December 16, 2015.

J. Steven Stewart

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Appellants' Agreed Second Motion for Extension of Time to File Brief* has been sent to all interested counsel of record on this the 3rd day of December 2015 via electronic filing.

J. Steven Stewart